IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE LEE,

      Plaintiff,                    No. 2:09-cv-2666-JFM (PC)

      vs.

CORRECTIONAL SERGEANT
SWAN, et al.,

      Defendants.      /         ORDER

         Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

         Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, plaintiff's November 12, 2009 motion to proceed in forma pauperis will be granted.[1]

         Plaintiff is required to pay the statutory filing fee of $350.00 for this action. 28

---

[1] Plaintiff has filed two motions for leave to proceed in forma pauperis. The motion filed on November 12, 2009 is filed on the form used by this court and makes the proper showing. Plaintiff's November 23, 2009 motion to proceed in forma pauperis is not on the proper form and, in any event, is unnecessary. It will therefore be disregarded.

1

U.S.C. §§ 1914(a), 1915(b)(1). By this order, plaintiff will be assessed an initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1). By separate order, the court will direct the appropriate agency to collect the initial partial filing fee from plaintiff's trust account and forward it to the Clerk of the Court. Thereafter, plaintiff will be obligated for monthly payments of twenty percent of the preceding month's income credited to plaintiff's prison trust account. These payments will be forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

The November 12, 2009 amended complaint[2] states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's request for leave to proceed in forma pauperis is granted.

2. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. Plaintiff is assessed an initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1). All fees shall be collected and paid in accordance with this court's order to the Director of the California Department of Corrections and Rehabilitation filed concurrently herewith.

3. Service is appropriate for the following defendants: Correctional Sergeant Swan; Correctional Officer Dizon.

4. The Clerk of the Court shall send plaintiff two USM-285 forms, one summons, an instruction sheet and a copy of the amended complaint filed November 12, 2009.

---

[2] Plaintiff filed an original complaint on September 23, 2009, an amended complaint on October 30, 2009, and another amended complaint on November 12, 2009. Plaintiff is entitled to amend his complaint without leave of court once prior to service of a responsive pleading. Fed. R. Civ. P. 15. Good cause appearing, the court has screened the most recent amended complaint, filed by plaintiff on November 12, 2009, and this action will proceed on that amended complaint.

5. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 3 above; and

    d. Three copies of the endorsed amended complaint filed November 12, 2009.

6. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: December 10, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

12
lee2666.1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE LEE,

       Plaintiff,                             No. 2:09-cv-2666-JFM (PC)

    vs.

CORRECTIONAL SERGEANT
SWAN, et al.,                            NOTICE OF SUBMISSION

       Defendants.                    OF DOCUMENTS
_____/

       Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

       _____     completed summons form

       _____     completed USM-285 forms

       _____     copies of the _____
                                 Complaint/Amended Complaint

DATED:

                                       _____
                                       Plaintiff