IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE LEE, | No. 2:09-cv-2666 MCE KJN P |
|     Plaintiff, | |
|   vs. | <u>ORDER</u> |
| CORRECTIONAL SERGEANT SWAN, et al., | |
|     Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 3, 2010, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. Plaintiff has filed objections to the findings and recommendations.

///

///

///

1

1   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this
2   court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the
3   court finds the findings and recommendations to be supported by the record and by proper
4   analysis.
5   Accordingly, IT IS HEREBY ORDERED that:
6   1.  The findings and recommendations filed September 3, 2010, are adopted in full; and
7   2.  Defendants' April 5, 2010 motion to dismiss is granted.

Dated:  October 26, 2010

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE